Louis Ciaccia, Appellant, *v.* The Board of Education of the City of New York et al., Respondents.

(Submitted September 28, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 336.)

In the Matter of Paul Jones, Respondent, against Charles A. Harnett, as Commissioner of Motor Vehicles, Appellant, Impleaded with Others.

(Submitted September 28, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 626.)

In the Matter of Nicholas L. Leone, Appellant, against Harry J. Brewer et al., Constituting the Building Commission of the Town of Mamaroneck, Respondents.

(Submitted September 28, 1936; decided October 6, 1936.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 386.)